

**NUMBERS 13-13-00403-CR & 13-13-00404-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JOHNNY FAZ LOPEZ JR.**
**A/K/A JOHNNY FAZ LOPEZ,**                      **Appellant,**

**v.**

**THE STATE OF TEXAS,**                      **Appellee.**

---

**On appeal from the 119th District Court
of Tom Green County, Texas.**

---

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Order Per Curiam**

Appellant's counsel filed an *Anders* brief in these causes. *See Anders v. California*, 386 U.S. 738 (1967); *Bledsoe v. State*, 178 S.W.3d 824, 825 (Tex. Crim. App. 2005). These causes are currently before the Court on appellant's pro se motion requesting (1) an extension of time to file his brief, and (2) a copy of the record on appeal

without cost. These appeals were transferred to this Court from the Third Court of Appeals by order of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 22.220(a) (West Supp. 2011) (delineating the jurisdiction of appellate courts); TEX. GOV'T CODE ANN. § 73.001 (West 2005) (granting the supreme court the authority to transfer cases from one court of appeals to another at any time that there is "good cause" for the transfer).

The Court, having examined and fully considered appellant's motion, is of the opinion that it should be granted as specified herein. The motion is GRANTED insofar as it is ORDERED that the trial court ensure that appellant has the opportunity to fully examine the appellate record on or before the expiration of twenty-one days from the date of this order, and it is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant. Appellant shall have thirty (30) days from the day the appellate record was first made available to him to file his pro se brief with this Court.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
14th day of October, 2013.